In the Matter of the Application of ADDISON A. VESTAL, Respondent, for an Order Directing J. HERBERT FRANKENSTEIN and Others, as Inspectors of Election, Appellants, etc., to Place upon the Register of Said Election District the Name of Petitioner.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of KARL NEUMOND, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STATE STREET TRUST COMPANY v. ALWIN C. ERNST and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE MCCLURE NEWSPAPER SYNDICATE v. JOHN N. WHEELER and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. L. & C. MAYERS Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARY THOMPSON v. JACK HAWRYLKO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted in so far as to stay execution of the judgment until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CROWN AUTO CLEARING CORPORATION v. GYONYORU TAXI CORPORATION, Impleaded with MATTHEW H. VURKE GARAGE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRIS ROSENSTEIN v. ISIDORE FRIEDMAN. IDA ROSENSTEIN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others, Impleaded with USHER J. SCHWARTZ and GUY W. LEVY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LEONA BARTLETT v. A. D'ANGELO & SON CONTRACTING Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DANIEL MILTON v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BLANCHE E. DONELON v. UNITED STATES CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.